## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**ALFRED COCKRELL,**                    **CASE NO. 2:07-cv-1123**
                                        **JUDGE SARGUS**
         **Petitioner,**                **MAGISTRATE JUDGE ABEL**

**v.**

**TIMOTHY BRUNSMAN, WARDEN,**

         **Respondent.**

### OPINION AND ORDER

On January 4, 2008, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus be transferred to the United States Court of Appeals for the Sixth Circuit for authorization for filing as a successive petition. Although the parties were explicitly advised of the right to object to the Magistrate Judge's *Report and Recommendation* and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED.** This action hereby is **TRANSFERRED** to the United States Court of Appeals for the Sixth Circuit as a successive petition.

**IT IS SO ORDERED**.

2-14-2008

_____
EDMUND A. SARGUS, JR.
United States District Judge